1  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
2  KRISTINA MILETOVIC, ESQ.
   Nevada State Bar No. 14089
3  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
4  SUITE 250
   LAS VEGAS, NV 89144
5  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
6  jchristensen@bremerwhyte.com
   kmiletovic@bremerwhyte.com
7
   Attorneys for Intervenor
8  James River Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GOMEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AARON DAVID BATSON, an Individual, and DOES I-X, unknown persons, ROE BUSINESS ENTITIES I-X, inclusive.<br>Defendants,<br><br>Defendant.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>Intervenor. | Case No. 2:21-cv-01504-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff STEPHANIE GOMEZ, by and through their attorneys of record, Preston P. Rezaee, Esq. and Richard F. Scotti, Esq. of The Firm, P.C, and Intervenor, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Jr, Esq, Jared G. Christensen, Esq, and Kristina Miletovic, Esq. of Bremer Whyte Brown & O'Meara, LLP, as follows:

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1256.787 4810-7006-8986.3

That all of Plaintiff's claims against Defendants in the above-captioned matter be dismissed, with prejudice, and that each party shall bear their own fees and costs.

Dated this 09 day of November 2021

THE FIRM, P.C.

By: /s/
~~Preston P. Rezaee,~~ Esq.
Nevada Bar No. 10729
Richard F. Scotti, Esq
Nevada Bar No. o. 4744
*Attorneys for Plaintiff*
*Stephanie Gomez*

Dated this 10th day of November 2021

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Kristina Miletovic
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Kristina Miletovic, Esq.
Nevada Bar No. 14089
*Attorneys for Intervenor*
*James River Insurance Company*

**ORDER**

IT IS SO ORDERED:

_____

Dated: November 12, 2021

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1256.787 4810-7006-8986.3